IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 17, 2007**

Charles R. Fulbruge III
Clerk

No. 06-10588
Summary Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

v.

RAYMOND CHARLES COX,

                              Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
No. 5:05-CR-81-ALL

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

        The Assistant Federal Public Defender appointed to represent Raymond

Cox has moved for leave to withdraw and has filed a brief in accordance with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Anders v. California, 386 U.S. 738 (1967). Cox has filed a response and a request for appointment of counsel. Cox's request for appointment of counsel is DENIED. Our independent review of the record, counsel's brief, and Cox's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.